AO 322
(Rev. 9/79)

INTERPRETER'S REPORT OF SERVICE AND
CLAIM FOR COMPENSATION AND EXPENSES

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 OCT -4 AM 9: 41

CLERK_____
SO. DIST. OF GA.

TO: Clerk of Court for the

Southern District of Georgia

DATE September 15, 2006

I request payment be made for interpreter services performed before:

Hon. Anthony A. Alaimo, Judge, U. S. District Court
(Name and Title of Presiding Judicial Officer)

PAYEE'S NAME AND ADDRESS AND TAX IDENTIFICATION NUMBER:

ALMA MARTINEZ
221 Norman Street
Brunswick, GA 31520

In the case of:

United States of America vs. RICARDO CHAVEZ-PEREZ
CR406-207
(Civil/Criminal Case Number)

SSI #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
H-912/280-0544
Cell - 912/571-2885

Itemization of Services and Costs:

| Date(s) | Number of Hours | Number of Days | Cost Per Hour | Cost Per Day | Total Compensation | Other Costs (Including travel) | Total Cost |
|---------|-----------------|----------------|---------------|--------------|--------------------|-----|-----|
| 9/15/06 |  | 1/2 |  | $92.00 |  |  | $92.00 |

Mileage 40 @ .445 = $17.80

TOTAL AMOUNT CERTIFIED FOR    $109.80

The following information is provided in support of the above services:

Type of Interpretation Provided:
☐ Simultaneous
☒ Consecutive
☐ Summary

Interpreter is:
☐ Certified
☒ Non-Certified

☐ Initial Appearance
☐ Preliminary Hearing
☐ Arraignment
☐ Trial

Nature of Proceedings:
☐ Pretrial Service Officer Interview
☒ Probation Officer Interview
☐ Sentencing
☐ Other _____

Foreign Language(s)

SPANISH

Check if:
☐ Hearing/Speech Impaired

Person Furnished Services
☒ Defendant
☐ Witness
☐ Other _____

CERTIFICATION: I certify under penalty of perjury that the foregoing is true and correct. Executed on: September 28, 2006
(Date)

(Signature of Interpreter)

APPROVED FOR PAYMENT THIS DAY Oct. 4 ~~September~~ , 2006
(Date)

(Signature)

G. R. Smith, U. S. Magistrate Judge
Name and Title of Presiding Judicial Officer